UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
October 14, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 05-0304-PAN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| CLAUDIA SAUER, ) | |
| ) | |
| Defendant. ) | |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release CLAUDIA SAUER, Case No. MAG. 05-0304-PAN, Charge, Manufacture of 100 or more marijuana plants, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of $_____

_x_  Unsecured Appearance Bond

___  Appearance Bond with 10% Deposit

_x_  Appearance Bond with Surety - Within 30 days

___  Corporate Surety Bail Bond

___  (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 14, 2005  at  2:25 p.m.  .

By  /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge