UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                   Mag. 05-0304-PAN

    v.

CLAUDIA SAUER,

        Defendant.                  ORDER

—o0o—

Claudia Sauer has requested an order appointing counsel to represent her pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, which provides for such an order when the applicant is "financially unable to obtain adequate representation." The financial affidavit dated October 13, 2005, submitted in support of Sauer's request, discloses that she may have the ability to pay all or part of her attorney fees. Accordingly, (1) Sauer shall remain liable to reimburse the federal defender program for

all or part of the value of appointed counsel's services pursuant to the further order of court upon final disposition of this matter; (2) without prior approval of the court, Sauer shall not transfer or further encumber any of his property; and (3) without prior approval of the court, Sauer shall incur no new debt.

It is so ordered.

Dated: October 27, 2005.

          /s/ Peter A. Nowinski
          PETER A. NOWINSKI
          Magistrate Judge