DANNY B. SCHULTZ, SBN 196232
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Tel 415/394-3800
Fax 415/394-3806

Attorney for Defendant
CLAUDIA SAUER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 05-MJ-0304 PAN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO RETURN DEFENDANT |
| v. | CLAUDIA SAUER'S PASSPORT |
| CLAUDIA SAUER, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between parties that Defendant Claudia Sauer's passport be returned to her. Pretrial Services Officer Gina Faubion has no objection to this proposed order since defendant's case has been dismissed.

Dated: April 14, 2006    /S/DANNY B. SCHULTZ
                         DANNY B. SCHULTZ
                         Attorney for CLAUDIA SAUER

Dated: April 14, 2006    /S/MATTHEW SEGAL
                         MATTHEW SEGAL
                         Assistant U.S. Attorney

**IT IS SO ORDERED.**

Dated: April 25, 2006.

UNITED STATES MAGISTRATE JUDGE

/sauer.pp